AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
    ☐ SUPERSEDING

---- OFFENSE CHARGED ----

8 U.S.C. § 1326 - Illegal Reentry
After Deportation (One Count)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Erika R. Frick

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S. ----

▶ RUTILO REYES-MARCELO a/k/a Francisco Perez, Miguel Serafin

DISTRICT COURT NUMBER

CR 08   MMC  0035

---- DEFENDANT ----

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO



UNITED STATES OF AMERICA,

V.

RUTILO REYES-MARCELO,
a/k/a Francisco Perez,
a/k/a Miguel Murillo Serafin,
a/k/a/ Rutilo Reyes,
a/k/a Isidro Marcelo,
a/k/a Rutilo Marcelo Reyes,
a/k/a Marcelo Rutilo Reyes,
a/k/a Reyes Marcelo Rutilo,
a/k/a Rutilo Reyes Isidro,
a/k/a Miguel Murillo Zerafin,
a/k/a Miguel Murillo, a/k/a Miguel Zerafin, a/k/a Francisco Mongia Perez,

DEFENDANT.

## INDICTMENT

Title 8, United States Code, Section 1326 - Alien Found
in the United States After Deportation

A true bill.

_____
Foreman

Filed in open court this __24 th__ day of
__January 2008__

_____
Clerk

Bail, $ _No bail warrant_

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION

CR 08            0035

12  UNITED STATES OF AMERICA,          )   No.
                                       )
13         Plaintiff,                  )   VIOLATION: Title 8, United States Code,
                                       )   Section 1326 – Alien Found in the United
14     v.                              )   States After Deportation
                                       )
15                                     )
    RUTILO REYES-MARCELO,              )
16  a/k/a Francisco Perez,             )   SAN FRANCISCO VENUE
    a/k/a Miguel Murillo Serafin,      )
17  a/k/a Rutilo Reyes,                )
    a/k/a Isidro Marcelo,              )
18  a/k/a Rutilo Marcelo Reyes,        )
    a/k/a Marcelo Rutilo Reyes,        )
19  a/k/a Reyes Marcelo Rutilo,        )
    a/k/a Rutilo Reyes Isidro,         )
20  a/k/a Miguel Murillo Zerafin,      )
    a/k/a Miguel Murillo,              )
21  a/k/a Miguel Zerafin,              )
    a/k/a Francisco Mongia Perez,      )
22                                     )
           Defendant.                  )
23  _____)

24                              INDICTMENT

25  The Grand Jury charges:

26      On or about August 25, 2005, the defendant,

27                      RUTILO REYES-MARCELO,
                         a/k/a Francisco Perez,
28                    a/k/a Miguel Murillo Serafin,
                         a/k/a Rutilo Reyes,

INDICTMENT

| | |
|---|---|
| 1 | a/k/a Isidro Marcelo, |
| | a/k/a Rutilo Marcelo Reyes, |
| 2 | a/k/a Marcelo Rutilo Reyes, |
| | a/k/a Reyes Marcelo Rutilo, |
| 3 | a/k/a Rutilo Reyes Isidro, |
| | a/k/a Miguel Murillo Zerafin, |
| 4 | a/k/a Miguel Murillo, |
| | a/k/a Miguel Zerafin, |
| 5 | a/k/a Francisco Mongia Perez, |

an alien, was excluded, deported and removed from the United States, and thereafter, on or about October 15, 2007, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED:  1-24-08

A TRUE BILL.

/s/ FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

Kyle F. Waldinger, Deputy Chief for
GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: /s/ AUSA Frick)

INDICTMENT