JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    Email: erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RUTILO REYES-MARCELO,<br>a/k/a Francisco Perez,<br>a/k/a Miguel Murillo Serafin,<br>a/k/a Rutilo Reyes,<br>a/k/a Isidro Marcelo,<br>a/k/a Rutilo Marcelo Reyes,<br>a/k/a Marcelo Rutilo Reyes,<br>a/k/a Reyes Marcelo Rutilo,<br>a/k/a Rutilo Reyes Isidro,<br>a/k/a Miguel Murillo Zerafin,<br>a/k/a Miguel Murillo,<br>a/k/a Miguel Zerafin,<br>a/k/a Francisco Mongia Perez,<br><br>    Defendant. | No. CR 08-0035 MMC<br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

To the Honorable Edward M. Chen, United States Magistrate Judge of the United States

District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0035 MMC

1  Corpus Ad Prosequendum for the prisoner Rutilo Reyes-Marcelo.  The prisoner is required to
2  appear in the above-referenced matter FORTHWITH for his initial appearance before the Duty
3  Magistrate in the above-referenced case.  His place of custody and jailor are set forth in the
4  following writ.

6  DATED:  May 20, 2008                    Respectfully submitted,

7                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
8

10                                         ___/s/_____
                                           ERIKA R. FRICK
                                           Assistant United States Attorney
11

12  IT IS SO ORDERED.

14  DATED:

15                                         _____
                                           HON. EDWARD M. CHEN
16                                         United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0035 MMC
                                           2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the San Quentin State Prison, San Quentin, CA 94964, (415) 454-1460.

**GREETINGS**

The prisoner, Rutilo Reyes-Marcelo, Inmate # V07375, is in custody in the above-referenced institution. He is required to appear FORTHWITH before the Duty Magistrate Judge on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner before the Duty Magistrate Judge of the U.S. District Court for the Northern District of California FORTHWITH. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:                                              CLERK
                                                    UNITED STATES DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA

                                                    _____
                                                    DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0035 MMC