1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney

2

3   BRIAN STRETCH (CSBN 163973)
    Chief, Criminal Division

4   ERIKA R. FRICK (CSBN 208150)
    Assistant United States Attorney

5

6   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102

7   Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    Email: erika.frick@usdoj.gov

8

9   Attorneys for Plaintiff

**FILED**

MAY 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,          )    No. CR 08-0035 MMC
                                        )
14          Plaintiff,                  )
                                        )    **PETITION FOR WRIT OF HABEAS**
15   v.                                 )    **CORPUS AD PROSEQUENDUM**
                                        )
16   RUTILO REYES-MARCELO,              )
     a/k/a Francisco Perez,             )
17   a/k/a Miguel Murillo Serafin,      )
     a/k/a Rutilo Reyes,                )
18   a/k/a Isidro Marcelo,              )
     a/k/a Rutilo Marcelo Reyes,        )
19   a/k/a Marcelo Rutilo Reyes,        )
     a/k/a Reyes Marcelo Rutilo,        )
20   a/k/a Rutilo Reyes Isidro,         )
     a/k/a Miguel Murillo Zerafin,      )
21   a/k/a Miguel Murillo,              )
     a/k/a Miguel Zerafin,              )
22   a/k/a Francisco Mongia Perez,      )
                                        )
23          Defendant.                  )
                                        )
24   _____)

25          To the Honorable Edward M. Chen, United States Magistrate Judge of the United States

26   District Court for the Northern District of California:

27          The United States of America respectfully petitions the Court to issue a Writ of Habeas

28

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0035 MMC

1  Corpus Ad Prosequendum for the prisoner Rutilo Reyes-Marcelo. The prisoner is required to

2  appear in the above-referenced matter FORTHWITH for his initial appearance before the Duty

3  Magistrate in the above-referenced case. His place of custody and jailor are set forth in the

4  following writ.

5

6  DATED: May 20, 2008                              Respectfully submitted,

7                                                   JOSEPH P. RUSSONIELLO
                                                    United States Attorney
8

9
                                                        /s/
10                                                  ERIKA R. FRICK
                                                    Assistant United States Attorney
11

12  IT IS SO ORDERED.

13

14  DATED: 5/21/08

15
                                                    HON. EDWARD M. CHEN
16                                                  United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28
    PETITION FOR WRIT OF HABEAS CORPUS
    AD PROSEQUENDUM, CR 08-0035 MMC
                                          2

1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA**

2 | To: Federico Rocha, United States Marshal for the Northern District of California; any of his

3 | authorized deputies; and the Jailor, Warden, or Sheriff of the San Quentin State Prison, San

4 | Quentin, CA 94964, (415) 454-1460.

5 |

6 | **GREETINGS**

7 | The prisoner, Rutilo Reyes-Marcelo, Inmate # V07375, is in custody in the above-

8 | referenced institution. He is required to appear FORTHWITH before the Duty Magistrate Judge

9 | on criminal charges now pending against him in the United States District Court for the Northern

10 | District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

11 | WE COMMAND that you produce the prisoner before the Duty Magistrate Judge of the

12 | U.S. District Court for the Northern District of California FORTHWITH. You shall produce the

13 | prisoner at all times necessary until the termination of the proceedings in this Court.

14 | Immediately thereafter, you shall abide by whatever further order the Court may make

15 | concerning his custody.

16 | WE FURTHER COMMAND that if the prisoner is to be released from custody in the

17 | above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States

18 | Marshal or any of his authorized deputies pursuant to this writ.

19 | WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the United

20 | States District Court for the Northern District of California.

21 |

22 | DATED: 5/21/08

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

25 | DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0035 MMC

3