UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: AUG 20 2008

Case No. CR-08-0035 MMC    JUDGE: Maxine M. Chesney

Rutilo Reyes-Marcelo *
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

Matt McCarthy for Erika Frick    Daniel Blank
U.S. ATTORNEY                    ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO    Reporter: JAMES YEOMANS

## PROCEEDINGS

REASON FOR HEARING    Initial Status Conference

RESULT OF HEARING    Defendant's counsel advised the Court that case is border-line fast track & requests referral to Probation Dept for purpose of pre plea report solely for criminal history PLE; offense level - request granted.
* Spanish Interpreter - Daniel Navarro

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
            (Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to 10/1/08 @ 2:30 for Status re: Pre-Plea Report

EXCLUDABLE DELAY (Category) Preparation of Counsel  Begins AUG 20 2008  Ends 10/1/08

(8 min)