1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ERIKA R. FRICK (CASBN 208150)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6973
7      Facsimile: (415) 436-7234
       E-Mail: erika.frick@usdoj.gov
8

9  Attorneys for Plaintiff

10
                         UNITED STATES DISTRICT COURT
11
                        NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,           )   No. CR 08-0035 MMC
                                         )
15 |        Plaintiff,                   )
                                         )   STIPULATION AND [PROPOSED]
16 |   v.                                )   ORDER
                                         )
17 | RUTILO REYES-MARCELO,                )
     a/k/a Francisco Perez,              )
18 | a/k/a Miguel Murillo Serafin,        )
     a/k/a Rutilo Reyes,                 )
19 | a/k/a Isidro Marcelo,                )
     a/k/a Rutilo Marcelo Reyes,         )
20 | a/k/a Marcelo Rutilo Reyes,          )
     a/k/a Reyes Marcelo Rutilo,         )
21 | a/k/a Rutilo Reyes Isidro,           )
     a/k/a Miguel Murillo Zerafin,       )
22 | a/k/a Miguel Murillo,                )
     a/k/a Miguel Zerafin,               )
23 | a/k/a Francisco Mongia Perez,       )
                                         )
24 |        Defendant.                   )
                                         )
25 |  _____)

26      The parties are currently scheduled for a change of plea before this Court in the above-

27 captioned case on Wednesday, October 15, 2008. The parties have reached a plea agreement and

28 plan to submit the proposed agreement to the Court shortly. However, due to scheduling

STIP. AND [PROPOSED] ORDER
CR 08-0035 MMC

1  conflicts, government counsel is unavailable on October 15, 2008.  The parties jointly request
2  that the matter be put over to October 22, 2008 for plea and summary sentencing.
3  SO STIPULATED:

                                                    JOSEPH P. RUSSONIELLO
                                                    United States Attorney

7  DATED: October 7, 2008                                          /s/
                                                      ERIKA R. FRICK
8                                                        Assistant United States Attorney

10  DATED: October 7, 2008                                          /s/
                                                      DAN BLANK
11                                                       Attorney for RUTILO REYES-MARCELO

13  **ORDER**

14      For the reasons stated above, the Court continues the change of plea hearing in the above-
15  captioned case from October 15, 2008 to October ~~22, 2008.~~  21, 2008, at 10:30 a.m.

17  SO ORDERED.
18   Dated: October 8, 2008

                                                     HON. MAXINE M. CHESNEY
                                                     U.S. District Judge